An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

LIBORIOUS AGWARA, ESQ.,
Appellant,

vs.

EGLET WALL CHRISTENSEN; AND
UNIVERSITY MEDICAL CENTER OF
SOUTHERN NEVADA,
Respondents.

No. 66836

**FILED**

SEP 0 8 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER GRANTING MOTION FOR EXTENSION OF TIME AND DISMISSING APPEAL

This is an appeal from a district court order dispersing funds in an action for interpleader and declaratory relief. Eighth Judicial District Court, Clark County; Nancy L. Allf, Judge. When our preliminary review of the documents submitted to this court pursuant to NRAP 3(g) revealed a potential jurisdictional defect, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction.

Appellant has submitted an untimely response to our order as well as a motion to extend time to file the response. In support of the request for an extension of time, appellant's counsel states that he did not have an email address registered for electronic service in this case and did not receive a copy of the order to show cause by mail. As a registered user of this court's electronic filing system, it was counsel's responsibility to ensure that this court had the correct electronic mail address. NEFCR 13(c). Nevertheless, we grant the motion. NRAP 26(b)(1)(A). The clerk shall detach the response to order to show cause from the motion filed on August 5, 2015, and file it separately.

In our order to show cause, we noted that it did not appear that the district court had entered a final written judgment adjudicating

15-27149

all the rights and liabilities of all the parties, and the district court did not certify its order as final. Thus, it did not appear that the challenged order was appealable pursuant to NRAP 3A(b)(1). *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000). In response, appellant agrees that the rights and liabilities of all the parties were not adjudicated by the district court. Accordingly, we conclude that we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.[1]

_____ J.
Saitta

_____ J.
Gibbons

_____ , J.
Pickering

cc:  Hon. Nancy L. Allf, District Judge
     Agwara & Associates
     Eglet Prince
     Weller Law
     Clark County District Attorney/Civil Division
     Eighth District Court Clerk

---

[1]Appellant's requests to remand this matter to the district court, waive any future filing fees, and dismiss this appeal without prejudice are denied.